# United States District Court
## Central District of California
## Office of the Clerk

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

January 18, 2023

**To :** Clerk, United States District Court
Eastern District of Texas
100 East Houston Street Room 125
Marshall, Texas 75670

**Re:** Transfer of our Civil Case No. 2:22-cv-07541-GW-MRW

Case Title: Stingray IP Solutions, LLC v. TP-Link Technologies Co., Ltd. et al

☐ MDL ______ In Re: ______

☐ Capital Habeas Corpus Petition

Dear Sir/Madam:

**An order having been made ☐ transferring ☑ remanding the above-listed case to your district, we are transmitting herewith our file:**

☐ Original case file documents are enclosed in paper format.

☑ Electronic documents are accessible through PACER.

☐ Other: ______

Very truly yours,

Clerk, U.S. District Court

Date: January 18, 2023

By alison_bandek@cacd.uscourts.gov
Deputy Clerk

cc: *All counsel of record*
*(and, if a Capital Habeas Corpus case: the California Attorney General)*

---

## TO BE COMPLETED BY RECEIVING DISTRICT

**Please acknowledge receipt via e-mail to the address indicated below and provide the case number assigned in your district:**

☑ CivilIntakecourtdocs-LA@cacd.uscourts.gov (Los Angeles Office)
☐ CivilIntakecourtdocs-RS@cacd.uscourts.gov (Riverside Office)
☐ CivilIntakecourtdocs-SA@cacd.uscourts.gov (Santa Ana Office)

Case Number: ______

Clerk, U.S. District Court

Date: ______

By ______
Deputy Clerk